**[J-75-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; REPUBLICAN PARTY OF PENNSYLVANIA; DAVID BALL; JAMES D. BEE; DEBRA A. BIRO; JESSE D. DANIEL; GWENDOLYN MAE DELUCA; ROSS M. FARBER; CONNOR R. GALLAGHER; LYNN MARIE KALCEVIC; LINDA S. KOZLOVICH; WILLIAM P. KOZLOVICH; VALLERIE SICILIANO-BIANCANIELLO; S. MICHAEL STREIB, | : No. 100 MAP 2022 : : : : Appeal from the Order of the : Commonwealth Court at No. 447 : MD 2022 dated September 29, : 2022. : : |
| Appellants | : : : |
| v. | : : : |
| LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS ACTING SECRETARY OF THE COMMONWEALTH; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES; ADAMS COUNTY BOARD OF ELECTIONS; ALLEGHENY COUNTY BOARD OF ELECTIONS; ARMSTRONG COUNTY BOARD OF ELECTIONS; BEAVER COUNTY BOARD OF ELECTIONS; BEDFORD COUNTY BOARD OF ELECTIONS; BERKS COUNTY BOARD OF ELECTIONS; BLAIR COUNTY BOARD OF ELECTIONS; BRADFORD COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; BUTLER COUNTY BOARD OF ELECTIONS; CAMBRIA COUNTY BOARD OF ELECTIONS; CAMERON COUNTY BOARD OF ELECTIONS; CARBON COUNTY | : : : : : : : : : : : : : : : : : : : : : : : : : |

BOARD OF ELECTIONS; CENTRE : 
COUNTY BOARD OF ELECTIONS; : 
CHESTER COUNTY BOARD OF : 
ELECTIONS; CLARION COUNTY BOARD : 
OF ELECTIONS; CLEARFIELD COUNTY : 
BOARD OF ELECTIONS; CLINTON : 
COUNTY BOARD OF ELECTIONS; : 
COLUMBIA COUNTY BOARD OF : 
ELECTIONS; CRAWFORD COUNTY : 
BOARD OF ELECTIONS; CUMBERLAND : 
COUNTY BOARD OF ELECTIONS; : 
DAUPHIN COUNTY BOARD OF : 
ELECTIONS; DELAWARE COUNTY : 
BOARD OF ELECTIONS; ELK COUNTY : 
BOARD OF ELECTIONS; ERIE COUNTY : 
BOARD OF ELECTIONS; FAYETTE : 
COUNTY BOARD OF ELECTIONS; : 
FOREST COUNTY BOARD OF : 
ELECTIONS; FRANKLIN COUNTY BOARD : 
OF ELECTIONS; FULTON COUNTY : 
BOARD OF ELECTIONS; GREENE : 
COUNTY BOARD OF ELECTIONS; : 
HUNTINGDON COUNTY BOARD OF : 
ELECTIONS; INDIANA COUNTY BOARD : 
OF ELECTIONS; JEFFERSON COUNTY : 
BOARD OF ELECTIONS; JUNIATA : 
COUNTY BOARD OF ELECTIONS; : 
LACKAWANNA COUNTY BOARD OF : 
ELECTIONS; LANCASTER COUNTY : 
BOARD OF ELECTIONS; LAWRENCE : 
COUNTY BOARD OF ELECTIONS; : 
LEBANON COUNTY BOARD OF : 
ELECTIONS; LEHIGH COUNTY BOARD : 
OF ELECTIONS; LUZERNE COUNTY : 
BOARD OF ELECTIONS; LYCOMING : 
COUNTY BOARD OF ELECTIONS; : 
MCKEAN COUNTY BOARD OF : 
ELECTIONS; MERCER COUNTY BOARD : 
OF ELECTIONS; MIFFLIN COUNTY : 
BOARD OF ELECTIONS; MONROE : 
COUNTY BOARD OF ELECTIONS; : 
MONTGOMERY COUNTY BOARD OF : 
ELECTIONS; MONTOUR COUNTY BOARD : 
OF ELECTIONS; NORTHAMPTON : 
COUNTY BOARD OF ELECTIONS; : 
NORTHUMBERLAND COUNTY BOARD :

OF ELECTIONS; PERRY COUNTY BOARD :
OF ELECTIONS; PHILADELPHIA COUNTY :
BOARD OF ELECTIONS; PIKE COUNTY :
BOARD OF ELECTIONS; POTTER :
COUNTY BOARD OF ELECTIONS; :
SCHUYLKILL COUNTY BOARD OF :
ELECTIONS; SNYDER COUNTY BOARD :
OF ELECTIONS; SOMERSET COUNTY :
BOARD OF ELECTIONS; SULLIVAN :
COUNTY BOARD OF ELECTIONS; :
SUSQUEHANNA COUNTY BOARD OF :
ELECTIONS; TIOGA COUNTY BOARD OF :
ELECTIONS; UNION COUNTY BOARD OF :
ELECTIONS; VENANGO COUNTY BOARD :
OF ELECTIONS; WARREN COUNTY :
BOARD OF ELECTIONS; WAYNE :
COUNTY BOARD OF ELECTIONS; :
WESTMORELAND COUNTY BOARD OF :
ELECTIONS; WYOMING COUNTY BOARD :
OF ELECTIONS; AND YORK COUNTY :
BOARD OF ELECTIONS, :
:
     Appellees

**ORDER**

**PER CURIAM**        **DECIDED:  October 21, 2022**

  **AND NOW**, this 21st day of October, 2022, the Court being evenly divided, the order of the Commonwealth Court is **AFFIRMED**.

Justices Donohue, Dougherty and Wecht would affirm the Commonwealth Court's order.

Chief Justice Todd and Justices Mundy and Brobson would reverse the Commonwealth Court's order.